No. 5318.—Pueblo, apldo., v. De Jesús, aplte.—C. D. Ponce. Enero 26, 1934.

Por cuanto, el acusado fué condenado por haber sustraído de la persona de Justo Maldonado una cartera conteniendo más o menos seis dólares;

Por cuanto, en el curso de la apelación en esta corte no se ha presentado la prueba del juicio;

Por cuanto, el escrito presentado por el acusado no cumple con

las reglas de este tribunal y no señala ningún defecto en los procedimientos de la corte inferior:

Por tanto, se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce en octubre 9, 1933.